# In the United States Court of Federal Claims

No. 18-899C
(Filed: May 10, 2019)

|  |  |
|---|---|
| AURROYO T. MCCOY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

The court is in receipt of the parties' joint status report (ECF No. 19), filed May 9, 2019, and based on the plaintiff's representation that the May 2, 2019 final decision on remand grants full relief and affords plaintiff a satisfactory disposition of the matter, the court **GRANTS** plaintiff's request to **DISMISS** the above-captioned case without prejudice pursuant to Court of Federal Claims Rule 41(a)(2). Each party to bear its own attorney fees, costs, and expenses. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge